**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

TAKEDA PHARMACEUTICALS U.S.A., INC.,

                Plaintiff,

v.

ALKEM LABORATORIES LIMITED and ASCEND LABORATORIES, LLC,

                Defendants.

Civil Action No. _____

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee Received Notice: <u>December 24, 2017</u>

Date of Expiration of the Patent: <u>7,619,004 expires 12/3/2028</u>[*]

Thirty Month Stay Deadline: <u>June 24, 2020</u>

---

[*]  7,906,519 expires 2/10/2029
    7,935,731 expires 12/3/2028
    8,093,298 expires 10/6/2028
    7,601,758 expires 2/10/2029
    7,820,681 expires 2/17/2029
    7,915,269 expires 2/17/2029
    7,964,647 expires 10/6/2028
    7,964,648 expires 10/6/2028
    7,981,938 expires 10/6/2028
    8,093,296 expires 10/6/2028
    8,093,297 expires 10/6/2028
    8,097,655 expires 10/6/2028
    8,415,395 expires 10/6/2028
    8,415,396 expires 10/6/2028
    8,440,721 expires 10/6/2028
    8,440,722 expires 10/6/2028

Respectfully submitted,

Date: February 1, 2018

OF COUNSEL:

Jeffrey I. Weinberger
Ted G. Dane
Heather E. Takahashi
Elizabeth A. Laughton
Hannah Dubina
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
(213) 683-9100
jeffrey.weinberger@mto.com
ted.dane@mto.com
heather.takahashi@mto.com
elizabeth.laughton@mto.com
hannah.dubina@mto.com

Celia R. Choy
MUNGER, TOLLES & OLSON LLP
1155 F Street NW
Washington, DC 20004
celia.choy@mto.com

WOMBLE BOND DICKINSON (US) LLP

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
Daniel M. Attaway (#5130)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Mary.Bourke@wbd-us.com
Daniel.Attaway@wbd-us.com

*Attorneys for Takeda Pharmaceuticals U.S.A., Inc.*